UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ROLEY, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC. f/k/a WOODMAN LABS, INC.,<br><br>Defendant. | Case No. 3:14-cv-02320<br><br>**ORDER TO EXTEND DEADLINES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Pursuant to the parties' Stipulation to Extend Deadlines in Order Setting Initial Case Management Conference and ADR Deadlines, **IT IS HEREBY ORDERED**:

The deadlines in the Order Setting Order Setting Initial Case Management Conference and ADR Deadlines are **AMENDED** as follows:

    a.    8/29/14: Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

    b.    8/29/14: Last day to file ADR Certification signed by Parties and Counsel;

    c.    8/29/14: Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

1          d.     9/19/14:  Last day to file Rule 26(f) Report, complete initial disclosures or

2      state objection in Rule 26(f) Report.

3          e.     9/26/14:  Initial Case Management Conference.

5  Dated:   August 1, 2014

6                                       Honorable CHARLES R. BREYER
                                      United States District



[PROP] ORDER TO EXTEND DEADLINES
Case No. 3:14-cv-02320
sd-646010

2