UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ROLEY, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC. f/k/a WOODMAN LABS, INC.,<br><br>Defendant. | Case No. 3:14-cv-02320 CRB<br><br>**ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND DEADLINES IN ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' Stipulation to Extend Deadline to Respond to Complaint and Deadlines in Order Setting Case Management Conference, **IT IS HEREBY ORDERED:**

The following deadlines in this case are **AMENDED** as follows:

    a.    9/22/14:  Last day for GoPro to respond to the Complaint;

    b.    9/29/14:  Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

    c.    9/29/14:  Last day to file ADR Certification signed by Parties and Counsel;

    d.    9/29/14:  Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

      e.      10/17/14: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report;

      f.      10/24/14: Initial Case Management Conference.

Dated: August 22, 2014

                                        Honorable Charles R. Breyer
                                        United States District Court Judge